# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08 CV. 2833 (CM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,837,905.61 in U.S. currency | Notice of Publication |

**SERVE AT:** IRS - Chantel Dixon
59-17 Junction Blvd., 5th Fl., Corona, NY 11368

Send NOTICE OF SERVICE copy to Requester:

U.S. ATTORNEY'S OFFICE- SDNY
ONE SAINT ANDREWS PLAZA
NEW YORK, NEW YORK 10007
ATTN: Karyn Leon-Matovick/FSA Paralegal

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE

Please publish the attached notice once a week for three consecutive weeks.

USAO# 2008V00570      Aftrak # 1307099-01
Cats# 08-IRS-000228                1307099-02
Please return to FSA Paralegal Karyn Leon-Matovick, 212-637-2495

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff | Telephone No. | Date |
|---|---|---|---|
| AUSA Sharon Cohen Levin *(signed)* | [ ] Defendant | 212-637-1060 | March 20, 2008 |

SIGNATURE OF PERSON ACCEPTING PROCESS: *(signed)*     Date 5/8/08

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. 1 | District of Origin No. 13 | District to Serve No. 13 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *(signed)* | Date 5/8/08 |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [X] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:
J. Pollard Forfeiture Specialist

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

| Date of Service | Time of Service | [ ] AM [ ] PM |

Signature, Title and Treasury Agency

REMARKS: See attached affidavit of Publication of legal Ad.

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

**RETURNED COPY**

**State of New York**
COUNTY OF NEW YORK } SS:

629851

_INGRID CHRISTIANI_ being duly sworn, says that he/she is the principal Clerk of the Publisher of the

# *New York Post*

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the 10 day of April, 2008
on the 17 day of April, 2008
on the 24 day of April, 2008

**Clipped advertisement:**

USA-33a-100-NOTICE OF CIVIL FORFEITURE PROCEEDING
Rev. 11/94
UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On March 17, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. §§ 981 (a) (1) (C) and 984 for $1,837,905.61 in U.S. Currency. Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by May 23, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have, with respect to this property.
Dated: New York, New York
April, 2008
MICHAEL J. GARCIA
United States Attorney
Secretary of the Treasury

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008

Sworn to before me this 24 day of April 2008

Notary Public