UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
United States of America,

              Plaintiff(s),                08 Civ 2833 (CM) (JCF)

    -against-                  CALENDAR NOTICE

$1,837.905.61 In U.S. Currency,
            Defendant(s).
-------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, July 18,
2008 at 9:45 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New
York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and
faxed to Chambers at (212) 805-6326.

Dated: May 28, 2008
      New York, New York

                         So Ordered

                         _____
                         Colleen McMahon, U.S.D.J

USDS SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/28/08