IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
       v.                   )   08 CV. 2833(KMW)
                            )
US v. 1,837,905.61 in United States Currency  )
                            )
            Defendant.      )

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 25, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

Notice was also published in a newspaper of general circulation on April 10, 2008, April 17, 2008, and April 24, 2008, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to file a claim with the court no later than thirty (30) days after final publication, and an answer within twenty (20) days after filing the claim, as evidenced by Attachment 2.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2008.

Sharon Cohen-Levin
Asst. United States Attorney

Attachment 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## COURT CASE NUMBER: 08 CV. 2833(KMW); NOTICE OF FORFEITURE ACTION

Pursuant to 18 USC 981 and 18 USC 984, the United States filed a verified Complaint for Forfeiture against the following property:

> The sum of $1,837,905.61 in United States Currency (08-IRS-000228), which was seized from Union Bank of The Phillipines on March 18, 2008 at 150 East 42nd Street, located in New York, NY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (March 25, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and copies of each served upon Assistant United States Attorney Sharon Cohen-Levin, One St. Andrew's Plaza, New York, NY 10007, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 25, 2008 and April 23, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

US v. 1,837,905.61 in United States Currency
**Court Case No:**     08 CV. 2833(KMW)
**For Asset ID(s):**   08-IRS-000228 The sum of $1,837,905.61 in United States Currency

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/25/2008 | 22.9 | Verified |
| 2 | 03/26/2008 | 22.8 | Verified |
| 3 | 03/27/2008 | 22.6 | Verified |
| 4 | 03/28/2008 | 22.8 | Verified |
| 5 | 03/29/2008 | 23.5 | Verified |
| 6 | 03/30/2008 | 23.5 | Verified |
| 7 | 03/31/2008 | 23.5 | Verified |
| 8 | 04/01/2008 | 23.6 | Verified |
| 9 | 04/02/2008 | 23.6 | Verified |
| 10 | 04/03/2008 | 23.5 | Verified |
| 11 | 04/04/2008 | 23.4 | Verified |
| 12 | 04/05/2008 | 22.9 | Verified |
| 13 | 04/06/2008 | 23.3 | Verified |
| 14 | 04/07/2008 | 23.4 | Verified |
| 15 | 04/08/2008 | 23.6 | Verified |
| 16 | 04/09/2008 | 23.3 | Verified |
| 17 | 04/10/2008 | 23.4 | Verified |
| 18 | 04/11/2008 | 23.3 | Verified |
| 19 | 04/12/2008 | 23.5 | Verified |
| 20 | 04/13/2008 | 23.5 | Verified |
| 21 | 04/14/2008 | 23.3 | Verified |
| 22 | 04/15/2008 | 23.5 | Verified |
| 23 | 04/16/2008 | 22.9 | Verified |
| 24 | 04/17/2008 | 23.6 | Verified |
| 25 | 04/18/2008 | 23.5 | Verified |
| 26 | 04/19/2008 | 22.3 | Verified |
| 27 | 04/20/2008 | 23.3 | Verified |
| 28 | 04/21/2008 | 23.5 | Verified |
| 29 | 04/22/2008 | 22.8 | Verified |
| 30 | 04/23/2008 | 23.2 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Sharon Cohen-Levin in the Southern District of New York at 212-637-1060.