MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN (SCL-4214)
     STANLEY J. OKULA (SO-6775)
Assistant United States Attorney
One St. Andrew's Plaza - 3rd Floor
New York, New York 10007
Tel. (212) 637-1060
     (914) 993-1961

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,        :

              Plaintiff,         :

                                         NOTICE OF MOTION FOR ENTRY
              - v -              :        OF A DEFAULT JUDGMENT
                                         08 Civ. 2833 (CM)
$1,837,905 IN UNITED STATES      :
Currency,

                                 :

              Defendant-in-rem.  :
-------------------------------x

          THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU

BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT TO FORFEIT

THE DEFENDANT IN REM.  IF YOU DO NOT ENTER AN APPEARANCE IN THE

LAWSUIT ON OR BEFORE August 1, 2008, THE COURT WILL ENTER A

DEFAULT JUDGMENT ORDERING FORFEITURE OF THE DEFENDANT IN REM.  IF

YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY.

IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO

SE.  IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT

WILL BE ENTERED AND THE PROPERTY WILL BE FORFEITED TO THE UNITED

STATES.  ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR

PROPERTY.

PLEASE TAKE NOTICE that upon the declaration of Sharon Cohen Levin, Assistant United States Attorney, dated July 2, 2008; upon the Clerk's Certification of default; upon the accompanying proposed Default Judgment; and upon all prior proceedings herein; the plaintiff will move this Court before the Honorable Colleen McMahon, United States District Judge, United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, New York 10007, on submission, for an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure granting default judgment in favor of the plaintiff, United States of America, and forfeiting the defendant-in rem to the United States of America and for such other relief as is just and proper.

Dated:   New York, New York
         July 2, 2008

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for Plaintiff
                         United States of America

                  By:    _____
                         SHARON COHEN LEVIN (SCL-4214)
                         STANLEY J. OKULA (SO-6775)
                         Assistant U.S. Attorney
                         One St. Andrew's Plaza
                         New York, New York 10007
                         Tel.:(212) 637-1060
                              (914) 993-1961

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN (SCL-4214)
    STANLEY J. OKULA (SO-6775)
Assistant United States Attorney
One St. Andrew's Plaza - 3rd Floor
New York, New York 10007
Tel. (212) 637-1060
     (914) 993-1961

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,          :

              Plaintiff,           :

              - v -                :          CLERK'S CERTIFICATION

                                   :          08 Civ. 2833 (CM)
$1,837,905 IN UNITED STATES        :
Currency,

                                   :

              Defendant-in-rem.    :
----------------------------------x

        I, Michael McMahon, Clerk of the United States District

Court for the Southern District of New York, hereby certify that

the docket entries in the above-captioned case indicate that the

verified complaint herein was filed on March 18, 2008, and that

proof of publication was filed in the Clerk's office on

May 15, 2008 and June 3, 2008.  No other party has filed a claim

or answer or otherwise moved with respect to $1,837,905 in United

States currency ("defendant currency"), and the time to file a

claim with respect to the said defendant currency has expired.

The default of all persons is hereby noted.

Dated:    New York, New York
          July 2 , 2008

                                 _____
                                 Michael McMahon
                                 CLERK OF THE COURT