AFFIDAVIT OF SERVICE

I, Karyn Leon-Matovick, affirm under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On July 3, 2008, a copy of the Notice of Motion for Entry of a Default Judgment, the Government's Declaration in Support of Default Judgment and accompanying exhibits, the proposed Default Judgment, and the Clerk's Certification, in the case of United States v. $1,837,905 in United States Currency, No. 08 Civ. 2833 (CM), were sent, by certified mail, return receipt requested, to:

> David C. Scheper, Esq.,
> Overland Borenstein Scheper & Kim LLP
> 300 S. Grand Avenue
> Ste. 2750
> Los Angeles, CA 90071
>
> Michael C. Miller, Esq.
> Steptoe & Johnson LLP
> 750 Seventh Avenue
> New York, NY 10019

Executed on:    July 3, 2008
                New York, New York

*/s/ Karyn Leon-Matovick*
KARYN LEON-MATOVICK